**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | | |
|---|---|---|
| In re: | § | Case  No. 2:20-BK-12134-SK |
| | § | |
| BEATRICE MEIR | § | |
| | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 13 of the United States Bankruptcy Code was filed on 02/26/2020. The case was converted to one under Chapter 7 on 03/30/2020. The undersigned trustee was appointed on 03/30/2020.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $468,000.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $54,571.78 |
    | Bank service fees | $2,901.99 |
    | Other Payments to creditors | $96,901.94 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |

    Leaving a balance on hand of[1]                    $313,624.29

    The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was <u>09/08/2020</u> and the deadline for filing government claims was <u>08/24/2020</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$14,098.59</u>. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$14,098.59</u>, for a total compensation of <u>$14,098.59</u>[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$211.55,</u> for total expenses of <u>$211.55</u>.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>03/23/2022</u>                    By:    <u>/s/ Timothy J. Yoo</u>
                                                      Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011)

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No:   1          Exhibit A

| Case No.: | 20-12134-SRK | | Trustee Name: | Timothy J. Yoo |
| Case Name: | MEIR, BEATRICE | | Date Filed (f) or Converted (c): | 03/30/2020 (c) |
| For the Period Ending: | 3/23/2022 | | §341(a) Meeting Date: | 05/06/2020 |
| | | | Claims Bar Date: | 09/08/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | REAL PROPERTY | $50,000.00 | $150,879.00 | | $468,000.00 | FA |
| **Asset Notes:** | 425 MARKTON ST LOS ANGELES CA, LOS ANGELES 90061 | | | | | |
| 2 | VEHICLES | $1,400.00 | $1,400.00 | | $0.00 | FA |
| **Asset Notes:** | 2001 NISSAN  CENTRA MILEAGE: 233,622 | | | | | |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | $1,930.00 | $1,930.00 | | $0.00 | FA |
| **Asset Notes:** | HOUSEHOLD GOODS IN DEBTOR'S POSSESSION | | | | | |
| 4 | ELECTRONICS | $1,395.00 | $1,395.00 | | $0.00 | FA |
| **Asset Notes:** | ELECTRONIC GOODS IN DEBTOR'S POSSESSION | | | | | |
| 5 | CLOTHES | $1,120.00 | $1,120.00 | | $0.00 | FA |
| **Asset Notes:** | WEARING APPAREL IN DEBTOR'S POSSESSION | | | | | |
| 6 | CASH | $100.00 | $100.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                      Gross Value of Remaining Assets

$55,945.00          $156,824.00                    $468,000.00                    $0.00

**Major Activities affecting case closing:**

**FORM 1**
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No:    2        Exhibit A

| Case No.: | 20-12134-SRK | Trustee Name: | Timothy J. Yoo |
| Case Name: | MEIR, BEATRICE | Date Filed (f) or Converted (c): | 03/30/2020 (c) |
| For the Period Ending: | 3/23/2022 | §341(a) Meeting Date: | 05/06/2020 |
| | | Claims Bar Date: | 09/08/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

THE VOLUNTARY CHAPTER 13 PETITION WAS FILED ON FEBRUARY 26, 2020. THE CASE WAS CONVERTED TO CHAPTER 7 PER ORDER ENTERED ON MARCH 30, 2020. TIMOTHY J. YOO IS THE DULY-APPOINTED CHAPTER 7 TRUSTEE.

THE ONLY POTENTIAL ASSET OF THE ESTATE IS THE REAL PROPERTY LOCATED AT 425 MARKTON STREET, LOS ANGELES, CA 90061 ("PROPERTY").

THE DEBTOR HAS NOT APPEARED AT THE ORIGINAL OR CONTINUED 341(A) MEETINGS.  DESPITE THE TRUSTEE'S ATTEMPTS TO COMMUNICATE WITH THE DEBTOR, THE DEBTOR HAS NOT RESPONDED.

IN AN EFFORT TO MOVE THE ADMINISTRATION FORWARD, THE TRUSTEE SENT AN EQUITY LETTER TO THE DEBTOR NIFORMING THE DEBTOR OF THE EQUITY IN THE PROPERTY AND AN OFFER OF SETTLEMENT PRIOR TO THE TRUSTEE SELLING PROPERTY.  THE OFFER CONSISTED OF THE DEBTOR DEPOSIT OF $5,000, AND THE PAYMENT OF ALL TIMELY FILED CLAIMS AND ADMINSTRATIVE FEES AND EXPENSES.  THE DEBTOR DID NOT RESPOND. THE TRUSTEE, NOT RECEIVING A RESPONSE, FILED AN APPLICATION TO EMPLOY REAL ESTATE BROKER TO MARKET AND SELL THE PROPERTY. THE APPLICATION WAS GRANTED PER COURT ORDER ENTERED JULY 29, 2020.

IN THE INTERIM, THE TRUSTEE FILED AN OBJECTION TO THE SECURED LENDER'S MOTION FOR RELIEF FROM STAY.  THEREAFTER, THE SECURED LENDER FILED A VOLUNTARY DISMISSAL OF ITS MOTION FOR RELIEF.

SHORTLY THEREAFTER, THE TRUSTEE WAS CONTACTED BY DEBTOR'S DAUGHTER WHO WAS ASSISTING HER MOTHER WITH THE PROCESS AS HER MOTHER WAS NOT IN GOOD HEALTH.

THE PARTIES ENTERED INTO A SETTLEMENT AGREEMENT WHEREIN THE DEBTOR AGREED TO PAY ALL ALLOWED CLAIMS IN THIS CASE IN FULL , IN LIEU OF THE SALE OF THE PROPERTY BY THE TRUSTEE.  THE DEBTOR IS TO DEPOSIT THE SUM OF $5,000,  WITH THE EXECUTION OF THE SETTLEMENT AGREEMENT.   ON OR BEFORE OCTOBER 7, 2020, THE TRUSTEE WILL DETERMINE AND MAKE DEMAND FOR THE BALANCE OF THE FUNDS TO PAY ALL ALLOWED CLAIMS, INCLUDING ADMINISTRATIVE FEES AND COSTS INCURRED BY THE TRUSTEE AND HIS PROFESSIONALS. THE DEBTOR WILL FORWARD BALANCE OF FUNDS BY OCTOBER 30, 2020.  A MOTION TO APPROVE COMPROMISE WAS FILED AND APPROVED PER COURT ORDER ENTERED ON OCTOBER 21, 2020.  ADDITIONALLY, THE TRUSTEE HAS FORWARDED WRITTEN INTERROGATORIES FOR THE DEBTOR TO COMPLETE AND RETURN .

UPON ENTRY OF THE SETTLEMENT ORDER, THE TRUSTEE MADE DEMAND TO THE DEBTOR AND HER DAUGHTER FOR THE SETTLEMENT SUM OF $39,951.25.  AFTER A SUFFICIENT AMOUNT OF TIME TO FORWARD THE BALANCE OF THE SETTLEMENT FUNDS, THE DEBTOR DID NOT FORWARD THE FUNDS. BEING THAT THE DEBTOR WAS IN BREACH OF THE SETTLEMENT, THE TRUSTEE CONTACTED THE ESTATE'S REALTOR AND MOVED FORWARD TO SELL THE REAL PROPERTY.

SUBSEQUENTLY, THE TRUSTEE WAS INFORMED THAT THE DEBTOR AND DEBTOR'S DAUGHTER DID NOT RESPOND TO THE REALTOR'S REQUEST FOR

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No:    3    Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| **Case No.:** | 20-12134-SRK | | | **Trustee Name:** | Timothy J. Yoo |
| **Case Name:** | MEIR, BEATRICE | | | **Date Filed (f) or Converted (c):** | 03/30/2020 (c) |
| **For the Period Ending:** | 3/23/2022 | | | **§341(a) Meeting Date:** | 05/06/2020 |
| | | | | **Claims Bar Date:** | 09/08/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

ACCESS TO THE PROPERTY AND, ADDITIONALLY, DID NOT RESPOND TO THE TRUSTEE'S REQUEST FOR COMMUNICATION. THE TRUSTEE FILED A MOTION FOR TURNOVER AND WRIT OF POSSESSION. THE COURT ORDER GRANTING TURNOVER OF THE PROPERTY WAS ENTERED ON JANUARY 21, 2021. THE DEBTOR AND DEBTOR'S DAUGHTER WERE NOTIFIED OF THE TURNOVER ORDER.

UPON NOTIFICATION OF THE TURNOVER ORDER, THE DEBTOR'S DAUGHTER INFORMED THE TURSTEE THAT SHE WOULD BE BORROWING THE MONIES TO PAY THE SETTLEMENT DEMAND AND SHOULD KNOW WITHIN A FEW WEEKS.

THE PARTIES ENTERED INTO A STIPULATION TO EXTEND THE OROIGINAL TURNOVER DEADLINE AND ADDITIONAL TIME TO PAY THE SETTLMENT AMOUNT. THE DEBTOR HAD UNTIL FEBRUARY 28, 2021, TO PAY THE SETTLEMENT AMOUNT. IN THE EVENT THE DEBTOR FAILED TO PAY THE SETTLEMENT AMOUNT, THE TRUSTEE WOULD ENFORCE THE TURNOVER ORDER, INCLUDING WRIT OF POSSESSION-EVICTION, UPON EX PARTE APPLICATION TO THE COURT.  ADDITIONALLY TO FURTHER ASSURE ALL THE CLAIMS WOULD BE PAID IN FULL, THE DEBTOR WAIVED ALL CLAIM OF EXEMPTION (HOMESTEAD OR OTHERWISE) ON THE PROPERTY.  THE STIPULATION  WAS APPROVED PER COURT ORDER ENTERED ON FEBRUARY 5, 2021. SUBSEQUENTLY, THE DEBTOR'S DAUGHTER FAILED TO FORWARD THE SETTLEMENT FUNDS. THE TRUSTEE PROCEEDED WITH THE SALE OF THE REAL PROPERTY.

THE TRUSTEE RECEIVED AN OFFER TO PURCHASE THE REAL PROPERTY WHICH WAS ACCEPTED. A MOTION TO SELL THE REAL PROPERTY WAS FILED AND APPROVED PER COURT ORDER ENTERED ON JULY 2, 2021.  ESCROW CLOSED AND MONIES RECEIVED.  ESTATE TAX RETURNS WERE PREPARED AND ESTATE OWED MONIES TO INTERNAL REVIEW SERVICE. CASH DISBURSEMENTS MOTION FILED AND APPROVED PER COURT ORDER ENTERED AUGUST 23, 2021. DURING THE FRANCHISE TAX BOARD'S REVIEW OF THE ESTATE TAX RETURNS, THE FRANCHISE TAX BOARD APPLIED THE ESCROW PROCEEDS TO THE LIENS AGAINST THE PROPERTY AND ADVISED THAT THE ESTATE WILL HAVE TO PAY A BALANCE OF  $5,912.   A SECOND CASH DISBURSEMENTS MOTION HAS BEEN FILED AND APPROVED PER COURT ORDER ENTERED ON OCTOBER 27, 2021.

CLAIMS ANALYIS REVEALED NO OBJECTIONS WERE NECESSARY.  UPON CLEARANCE OF FTB PAYMENT AND RECEIPT OF TAX CLEARANCE, THE TRUSTEE PROCEEDED WITH CLOSING OF CASE.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):**    06/30/2021 | **Current Projected Date Of Final Report (TFR):**    03/31/2022 | /s/ TIMOTHY J. YOO |
| | | TIMOTHY J. YOO |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No. | 20-12134-SRK | |
| Case Name: | MEIR, BEATRICE | |
| Primary Taxpayer ID #: | **-***9373 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 2/26/2020 | |
| For Period Ending: | 3/23/2022 | |

| | |
|---|---|
| Trustee Name: | Timothy J. Yoo |
| Bank Name: | Veritex Community Bank |
| Checking Acct #: | ******3401 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/11/2022 | | Veritex Community Bank | Transfer Funds | 9999-000 | $313,624.29 | | $313,624.29 |
| | | | TOTALS: | | $313,624.29 | $0.00 | $313,624.29 |
| | | | Less: Bank transfers/CDs | | $313,624.29 | $0.00 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

| For the period of 2/26/2020 to 3/23/2022 | | For the entire history of the account between 02/11/2022 to 3/23/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $313,624.29 | Total Internal/Transfer Receipts: | $313,624.29 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 2

Exhibit B

FORM 2
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 20-12134-SRK | |
| **Case Name:** | MEIR, BEATRICE | |
| **Primary Taxpayer ID #:** | **-***9373 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 2/26/2020 | |
| **For Period Ending:** | 3/23/2022 | |

| | | |
|---|---|---|
| **Trustee Name:** | Timothy J. Yoo | |
| **Bank Name:** | Independent Bank | |
| **Checking Acct #:** | ******2134 | |
| **Account Title:** | CHECKING | |
| **Blanket bond (per case limit):** | $5,000,000.00 | |
| **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/25/2020 | (1) | DEVIN MEIR | RE: DEPOSIT RE SETTLEMENT FOR ESTATE'S INTEREST IN REAL PROPERTY LOCATED AT 425 MARKTON STREET, LOS ANGELES, CA; ORDER PENDING | 1110-000 | $5,000.00 | | $5,000.00 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $1.25 | $4,998.75 |
| 10/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $7.28 | $4,991.47 |
| 11/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $7.27 | $4,984.20 |
| 12/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $7.26 | $4,976.94 |
| 01/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $7.25 | $4,969.69 |
| 02/26/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $7.24 | $4,962.45 |
| 03/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $7.23 | $4,955.22 |
| 04/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $7.22 | $4,948.00 |
| 05/03/2021 | 5001 | UNITED STATES MARSHALS SERVICE | RE: ORDER ENTERED 4/30/21 WRIT OF POSSESSION/EVICTION OF DEBTOR AND OTHER THIRD PARTY IN REAL PROPERTY | 2990-000 | | $1,500.00 | $3,448.00 |
| 05/24/2021 | 5002 | UNITED STATES MARSHALS SERVICE | RE: ORDER ENTERED 4/30/21 CASE NO. 2:20-bk-12134 BALANCE DUE AND OWING RE WRIT OF POSSESSION/EVICTION OF DEBTOR AND OTHER THIRD PARTY IN REAL PROPERTY | 2990-000 | | $307.56 | $3,140.44 |
| 05/28/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $6.25 | $3,134.19 |
| 06/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $4.66 | $3,129.53 |
| 07/08/2021 | 5003 | JEFFREY L SUMPTER | RE: ORDER ENTERED 7/7/21 TAX PREPARER FEES FOR ESTATE TAX RETURNS | 3991-640 | | $1,000.00 | $2,129.53 |
| | | | **SUBTOTALS** | | $5,000.00 | $2,870.47 | |

FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3    Exhibit B

| | | |
|---|---|---|
| Case No. | 20-12134-SRK | |
| Case Name: | MEIR, BEATRICE | |
| Primary Taxpayer ID #: | **-***9373 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 2/26/2020 | |
| For Period Ending: | 3/23/2022 | |

| | |
|---|---|
| Trustee Name: | Timothy J. Yoo |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******2134 |
| Account Title: | CHECKING |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/28/2021 | | BETTER ESCROW SERVICES | RE: ORDER ENTERED ON 7/2/2021; NET SALE PROCEEDS FROM 425 MARKTON STREET, LOS ANGELES, CA | * | $326,546.50 | | $328,676.03 |
| | {1} | | GROSS SALE PROCEEDS ON SALE OF 425 MARKTON STREET, LOS ANGELES, CA | $463,000.00 | 1110-000 | | | $328,676.03 |
| | | | CREDIT ON PRINCIPAL INTEREST OF SECURED LENDER | $39.30 | 2500-000 | | | $328,676.03 |
| | | | PAY OFF CHARGES - NEW REZ LLC - SECURED LENDER | $(96,901.94) | 4110-000 | | | $328,676.03 |
| | | | PAYOFF CHARGES - FRANCHISE TAX BOARD | $(7,395.76) | 2500-000 | | | $328,676.03 |
| | | | PRORATIONS - COUNTY TAXES AT $665.42 SEMI-ANNUALLY FROM 7/1/2021 TO 7/26/2021 | $(92.42) | 2820-000 | | | $328,676.03 |
| | | | REAL ESTATE COMMISSIONS - KW COMMERCIAL | $(13,890.00) | 3510-000 | | | $328,676.03 |
| | | | REAL ESTATE COMMISSIONS - KELLER WILLIAMS SOUTH BAY | $(13,890.00) | 3510-000 | | | $328,676.03 |
| | | | BRYCE & CO REALTORS FOR RE-KEY | $(465.24) | 2500-000 | | | $328,676.03 |
| | | | FIDELITY NATIONAL TITLE - OWNERS TITLE INSURANCE - $1,445; MESSENGER FEE - $5.64; SUB ESCROW FEE $62.50; RECORDING QUIT CLAIM DEED - $25.00; RECORDING COURT ORDER - $32.00; RECORDING SERVICE FEE - $$7.00; TRANSFER TAX - $509.30; | $(2,086.44) | 2500-000 | | | $328,676.03 |

| | | | SUBTOTALS | $326,546.50 | $0.00 |
|---|---|---|---|---|---|

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4                Exhibit B

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No. | 20-12134-SRK | | | Trustee Name: | | Timothy J. Yoo |
| Case Name: | MEIR, BEATRICE | | | Bank Name: | | Independent Bank |
| Primary Taxpayer ID #: | **-***9373 | | | Checking Acct #: | | ******2134 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | | CHECKING |
| For Period Beginning: | 2/26/2020 | | | Blanket bond (per case limit): | | $5,000,000.00 |
| For Period Ending: | 3/23/2022 | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| | | | ESCROW CHARGES - BETTER    $(1,771.00) ESCROW SERVICE - TITLE - ESCROW FEE - $1,176.00; TITLE - DOCUMENT PREPARATION - $250.00; TITLE - CA593 PROCESSING - $45.00; AUDIT/ARCHIVE FEE - $100.00;MESSENGER/OVERNIGHT FEE - $50.00; DEMAND PROCESSING FEE - $100.00; BANKING/WIRE FEES TO BES FEES - $50.00; | 2500-000 | | | $328,676.03 |
| 07/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $36.55 | $328,639.48 |
| 08/25/2021 | 5004 | DEPARTMENT OF TREASURY | RE: ORDER ENTERED 8/23/21 TAXES DUE RE ESTATE TAX RETURNS FPE 7/31/2021 | 2810-000 | | $6,184.50 | $322,454.98 |
| 08/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $479.25 | $321,975.73 |
| 09/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $476.69 | $321,499.04 |
| 10/28/2021 | 5005 | CA FRANCHISE TAX BOARD | RE: ORDER ENTERED 10/27/21 TAXES DUE FOR ESTATE TAX RETURNS FPE 2021 ; ACCT: 400-83004-09 | 2820-000 | | $5,912.29 | $315,586.75 |
| 10/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $468.84 | $315,117.91 |
| 11/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $460.72 | $314,657.19 |
| 12/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $458.86 | $314,198.33 |
| 01/24/2022 | 5006 | INTERNATIONAL SURETIES, LTD | RE: PRO RATA -BALANCE OF BOND PREMIUM BOND NO. 016229730 TERM: 1/4/2022 TO 1/4/2023 | 2300-000 | | $115.87 | $314,082.46 |
| 01/31/2022 | | Independent Bank | Account Analysis Charge | 2600-000 | | $458.17 | $313,624.29 |
| 02/11/2022 | | Independent Bank | Transfer Funds | 9999-000 | | $313,624.29 | $0.00 |

| | | | | **SUBTOTALS** | $0.00 | $328,676.03 | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | | |
|---|---|---|---|
| Case No. | 20-12134-SRK | Trustee Name: | Timothy J. Yoo |
| Case Name: | MEIR, BEATRICE | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9373 | Checking Acct #: | ******2134 |
| Co-Debtor Taxpayer ID #: | | Account Title: | CHECKING |
| For Period Beginning: | 2/26/2020 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/23/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $331,546.50 | $331,546.50 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $313,624.29 | |
| | | | Subtotal | | $331,546.50 | $17,922.21 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $331,546.50 | $17,922.21 | |

| For the period of  2/26/2020 to 3/23/2022 | | For the entire history of the account between 09/22/2020 to 3/23/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $468,000.00 | Total Compensable Receipts: | $468,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $468,000.00 | Total Comp/Non Comp Receipts: | $468,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $154,375.71 | Total Compensable Disbursements: | $154,375.71 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $154,375.71 | Total Comp/Non Comp Disbursements: | $154,375.71 |
| Total Internal/Transfer Disbursements: | $313,624.29 | Total Internal/Transfer Disbursements: | $313,624.29 |

Page No: 6    Exhibit B

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 20-12134-SRK |
| Case Name: | MEIR, BEATRICE |
| Primary Taxpayer ID #: | **-***9373 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 2/26/2020 |
| For Period Ending: | 3/23/2022 |

| | |
|---|---|
| Trustee Name: | Timothy J. Yoo |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******2134 |
| Account Title: | CHECKING |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $331,546.50 | $17,922.21 | $313,624.29 |

| For the period of 2/26/2020 to 3/23/2022 | | For the entire history of the case between 03/30/2020 to 3/23/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $468,000.00 | Total Compensable Receipts: | $468,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $468,000.00 | Total Comp/Non Comp Receipts: | $468,000.00 |
| Total Internal/Transfer Receipts: | $313,624.29 | Total Internal/Transfer Receipts: | $313,624.29 |
| | | | |
| Total Compensable Disbursements: | $154,375.71 | Total Compensable Disbursements: | $154,375.71 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $154,375.71 | Total Comp/Non Comp Disbursements: | $154,375.71 |
| Total Internal/Transfer Disbursements: | $313,624.29 | Total Internal/Transfer Disbursements: | $313,624.29 |

/s/ TIMOTHY J. YOO

TIMOTHY J. YOO

# Central District of California
# Claims Register

### 2:20-bk-12134-SK Beatrice Meir Converted 03/30/2020

**Judge:** Sandra R. Klein          **Chapter:** 7

**Office:** Los Angeles          **Last Date to file claims:** 09/08/2020

**Trustee:** Timothy Yoo (TR)          **Last Date to file (Govt):**

| | | |
|---|---|---|
| *Creditor:*    (40173013)<br>Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | **Claim No: 1**<br>*Original Filed*<br>*Date:* 02/28/2020<br>*Original Entered*<br>*Date:* 02/28/2020 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Kevin Maher<br>*Modified:* |

Amount claimed: $733.26

*History:*

  Details  ◷  1-1  02/28/2020 Claim #1 filed by Cavalry SPV I, LLC, Amount claimed: $733.26 (Maher, Kevin)

*Description:* (1-1) Cavalry SPV I, LLC as assignee of GE Capital Retail Bank/Amazon.com

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (40180268)<br>LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | **Claim No: 2**<br>*Original Filed*<br>*Date:* 03/02/2020<br>*Original Entered*<br>*Date:* 03/02/2020 | *Status:*<br>*Filed by:* CR<br>*Entered by:* David Lamb<br>*Modified:* |

Amount  claimed: $783.82
Secured  claimed:     $0.00

*History:*

  Details  ◷  2-1  03/02/2020 Claim #2 filed by LVNV Funding, LLC, Amount claimed: $783.82 (Lamb, David)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (40259804)<br>Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | **Claim No: 3**<br>*Original Filed*<br>*Date:* 04/24/2020<br>*Original Entered*<br>*Date:* 04/24/2020 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ashley Boswell<br>*Modified:* |

Amount claimed: $3048.52

*History:*

  Details  ◷  3-1  04/24/2020 Claim #3 filed by Verizon, Amount claimed: $3048.52 (Boswell, Ashley)

*Description:*

*Remarks:*

Creditor:        (40337902)
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

**Claim No: 4**
*Original Filed
Date:* 06/12/2020
*Original Entered
Date:* 06/12/2020
*Last Amendment
Filed:* 01/13/2022
*Last Amendment
Entered:* 01/13/2022

*Status:*
*Filed by:* CR
*Entered by:* Anthony Franklin
*Modified:*

Amount claimed: $563.13
Priority claimed: $260.76          ✓ priority tax claim    $30231 —gu

*History:*

| | | | |
|---|---|---|---|
| Details | ● | 4-1 | 06/12/2020 Claim #4 filed by FRANCHISE TAX BOARD, Amount claimed: $7535.65 (Franklin, Anthony) |
| Details | ● | 4-2 | 01/13/2022 Amended Claim #4 filed by FRANCHISE TAX BOARD, Amount claimed: $563.13 (Franklin, Anthony) |

*Description:* (4-1) Claim Filed
(4-2) Claim Filed
*Remarks:*

## Claims Register Summary

**Case Name:** Beatrice Meir
**Case Number:** 2:20-bk-12134-SK
**Chapter:** 7
**Date Filed:** 02/26/2020
**Total Number Of Claims:** 4

| | |
|---|---|
| **Total Amount Claimed\*** | $5128.73 |
| **Total Amount Allowed\*** | |

\*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $0.00 | |
| **Priority** | $260.76 | |
| **Administrative** | | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/23/2022 11:53:30 | | | |
| **PACER Login:** | tr10_2021 | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 2:20-bk-12134-SK Filed or Entered From: 1/1/1900 Filed or Entered To: 3/23/2022 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:       2:20-BK-12134-SK
Case Name:      BEATRICE MEIR
Trustee Name:   Timothy J. Yoo

Balance on hand:                    $313,624.29

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:        $0.00
Remaining balance:                       $313,624.29

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Timothy J. Yoo, Trustee Fees | $14,098.59 | $0.00 | $14,098.59 |
| TIMOTHY J. YOO, CHAPTER 7 TRUSTEE, Trustee Expenses | $211.55 | $0.00 | $211.55 |
| LEVENE NEALE BENDER YOO & BRILL, Attorney for Trustee Fees | $41,798.00 | $0.00 | $41,798.00 |
| LEVENE NEALE BENDER YOO & BRILL, Attorney for Trustee Expenses | $1,294.77 | $0.00 | $1,294.77 |
| Other: REAL ESTATE COMMISSIONS - KELLER WILLIAMS SOUTH BAY, Realtor for Trustee Fees | $13,890.00 | $13,890.00 | $0.00 |
| Other: REAL ESTATE COMMISSIONS - KW COMMERCIAL, Realtor for Trustee Fees | $13,890.00 | $13,890.00 | $0.00 |
| Other: JEFFREY L SUMPTER, Tax Preparer Fees | $1,000.00 | $1,000.00 | $0.00 |

Total to be paid for chapter 7 administrative expenses:        $57,402.91
Remaining balance:                       $256,221.38

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:        $0.00
Remaining balance:                       $256,221.38

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $260.76 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 | $260.76 | $0.00 | $260.76 |

Total to be paid to priority claims:    $260.76
Remaining balance:    $255,960.62

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $4,867.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | $733.26 | $0.00 | $733.26 |
| 2 | LVNV Funding, LLC Resurgent Capital Services | $783.82 | $0.00 | $783.82 |
| 3 | Verizon by American InfoSource as agent | $3,048.52 | $0.00 | $3,048.52 |
| 4a | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 | $302.37 | $0.00 | $302.37 |

Total to be paid to timely general unsecured claims:    $4,867.97
Remaining balance:    $251,092.65

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $251,092.65 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $251,092.65 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 1.26 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $64.45. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $251,028.20.