**TIMOTHY J. YOO (155531)**
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone: (310) 229-3361
E-Fax: 1 (310) 861-5040
Email: tjy@lnbyg.com

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>BEATRICE MEIR,<br><br>Debtor(s) | CASE NO. 2:20-BK-12134-SK<br><br>CHAPTER 7<br><br>NOTICE OF UNCLAIMED DIVIDENDS (FRBP 3011) |

**TO: CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto, Check No. 6006, in the sum of $251,028.20, representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es), and amount(s) to be paid to each person entitled to said unclaimed dividend is attached.

Dated: November 22, 2022

TIMOTHY J. YOO, Trustee

-2-

| NO. | CLAIMANT | CLAIMED AMOUNT | DIVIDEND |
|---|---|---|---|
| SURPLUS FUNDS | BEATRICE MEIR (DEBTOR) 11602 FREEMAN, UNIT B HAWTHORNE, CA 90250 | $251,028.20 | $251,028.20 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF UNCLAIMED DIVIDENDS (FRBP 3011)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 22, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Caren J Castle**   wdk@wolffirm.com, wdk@wolffirm.com
- **Daniel K Fujimoto**   wdk@wolffirm.com
- **Carmela Pagay**   ctp@lnbyb.com
- **Valerie Smith**   claims@recoverycorp.com
- **Jeffrey L Sumpter**   jsumpter1@cox.net
- **Edward A Treder**   cdcaecf@bdfgroup.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Alan Steven Wolf**   wdk@wolffirm.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) November 22, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Debtor: Beatrice Meir, 11602 Freeman, Unit B, Hawthorne, CA 90250

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) February 20, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 22, 2022 | Linda Riess | /s/Linda Riess |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                 F 9013-3.1.PROOF.SERVICE