**Fill in this information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Beatrice | | Meir |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the Central District of California

Case number: 2:20-bk-12134-SK

**FILED**
**NOV 2 1 2024**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

Form 1340 (12/23)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimant

| | |
|---|---|
| Amount: | $ 251,028.20 |
| Claimant's Name: | Estate of BEATRICE MEIR |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | Francene Davis, Administrator<br>6481 Atlantic Ave, N102<br>Long Beach, Ca. 90805<br>(424) 236-1315 |

### 2. Claimant Information

Applicant[2] represents the following:

- [ ] The Claimant is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- [X] The Claimant (Successor Claimant) is entitled to the unclaimed funds by transfer, assignment, purchase, merger, acquisition, or succession by other means, and below are the name(s) of the Owner of Record and all previous owner(s) of the claim:
  Beatrica Meir
- [ ] If the Claimant is a Successor Claimant, Applicant has sent a copy of the application to the Owner of Record and all other previous owner(s) of the claim at their current address or Applicant has enclosed a statement explaining why Applicant was not able to do so or an explanation of why doing so is not necessary.

### 3. Applicant Information

Applicant represents the following:

- [ ] Applicant is the Claimant.
- [ ] Applicant is Claimant's representative (e.g., attorney or unclaimed funds locator).
- [X] Applicant is a representative of the deceased Claimant's estate.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

| | |
|---|---|
| **4. Supporting Documentation** | |
| [X] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application. | |

**5. Notice to United States Attorney**

[X] Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

> Office of the United States Attorney
> Central District of California
> Civil Process Clerk-Federal Building
> 300 North Los Angeles Street, Room 7516
> Los Angeles, CA 90012

**6. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C. § 152.

Date: 9/6/2024

Signature of Applicant: *Francene Davis*

Printed Name of Applicant: Francene Davis

Address: Francene Davis, Administrator
6481 Atlantic Ave, N102
Long Beach, Ca. 90805

Telephone: (424) 236-1315

Email: francenedavis@aol.com

**6. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g. 18 U.S.C. § 152.

Date: _____

Signature of Co-Applicant (if applicable): _____

Printed Name of Co-Applicant (if applicable): _____

Address: _____

Telephone: _____

Email: _____

**7. Notarization**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF California

COUNTY OF Los Angeles

This Application for Unclaimed Funds, dated 08/19/24 was subscribed and sworn to (or affirmed) before me on this 6th day of September, 2024 by

Francene Davis

who proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(SEAL)    Notary Public _____

O. STEVE OSADUA
COMM. #2385106
Notary Public - California
Los Angeles County
My Comm. Expires Dec. 23, 2025

UNITED STATES OF BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

IN RE:

BEATRICE MEIR

Case No: 2:20-bk-12134-SK

Chapter 7

Debtor(s).

CERTIFICATE OF SERVICE

I certify a copy of the Application for Payment of Unclaimed Funds and the required supporting Documentation were sent by: US Mail, Priority Mail , postage prepaid, Tracking No 9405 5112 0620 5446 8976 11.

to the following:

Office of the United States Attorney
Central District of California
Civil Process Clerk - Federal Bldg
300 N. Los Angeles Street, Room 7516
Los Angeles, CA. 90012

I certify a copy of the Application for Payment of Unclaimed Funds was sent by:

A copy was not sent as previous Owner of the claim Beatrice Meir is deceased. Administrator for the Estate of Beatrice Meir is making the claim. Probate Case No. 23STPB04464

Dated: 10/24/2024

Faith A Ford, Esq
21201 Victory Blvd, Ste 200
Canoga Park Ca. 91303
Tel: (818) 787-2888
Email: fford@faithlaw.org

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Faith A Ford   21201 Victory Blvd, Ste, 200, Canoga Park, Ca. 91303   (818) 787-2888. email: fford@faithlaw.org

A true and correct copy of the foregoing document entitled (*specify*): _____
APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS - Estate of Beatrice Meir
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __10/24/2024__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

U.S. Bankruptcy Court
Central District of California
ATTN: Unclaimed Funds Processor
255 E. Temple St, Room 947
Los Angeles, CA 90012

Office of the United States Attorney
Central District of California
Civil Process Clerk - Federal Bldg
300 N. Los Angeles Street, Room 7516
Los Angeles, CA. 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/24/2024 | Faith A Ford | /s/ Faith A Ford |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                             **F 9013-3.1.PROOF.SERVICE**

| | DE-150 |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, state bar number, and address):* **TELEPHONE AND FAX NOS.:**<br>Faith A Ford (SBN 207337)  Tel: (818) 787-2888  Fax (866) 860-3165<br>21201 Victory Blvd, Ste 200<br>Canoga Park, CA 91303<br>Email: fford@faithlaw.org<br>ATTORNEY FOR *(Name):* Petitioner, Francene Davis | Electronically FILED by<br>Superior Court of California,<br>County of Los Angeles<br>9/7/2023 2:41 PM<br>David W. Slayton,<br>Executive Officer/Clerk of Court,<br>By S. Katourjian, Deputy Clerk |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES<br>STREET ADDRESS: 111 N. Hill Street<br>MAILING ADDRESS: Same<br>CITY AND ZIP CODE: Los Angeles, CA 90012<br>BRANCH NAME: Central District | Pursuant to Government Code 68150(g) any order signed or verified by computer shall have the same validity and legal force and effect as paper documents. |
| ESTATE OF *(Name):*<br>BEATRICE MEIR<br>DECEDENT | CASE NUMBER:<br>23STPB04464 |

| LETTERS | |
|---|---|
| [ ] TESTAMENTARY | [✓] OF ADMINISTRATION |
| [ ] OF ADMINISTRATION WITH WILL ANNEXED | [ ] SPECIAL ADMINISTRATION |

**LETTERS**

1. [ ] The last will of the decedent named above having been proved, the court appoints *(name):*

   a. [ ] executor.
   b. [ ] administrator with will annexed.

2. [✓] The court appoints *(name):*
   FRANCENE DAVIS
   a. [✓] administrator of the decedent's estate.
   b. [ ] special administrator of decedent's estate
      (1) [ ] with the special powers specified in the Order for Probate.
      (2) [ ] with the powers of a general administrator.
      (3) [ ] letters will expire on *(date):*

3. [✓] The personal representative is authorized to administer the estate under the Independent Administration of Estates Act  [✓] **with full authority**
   [ ] **with limited authority** (no authority, without court supervision, to (1) sell or exchange real property or (2) grant an option to purchase real property or (3) borrow money with the loan secured by an encumbrance upon real property).

4. [ ] The personal representative is not authorized to take possession of money or any other property without a specific court order.

WITNESS, clerk of the court, with seal of the court affixed.

(SEAL)  Date: 9/7/2023

Clerk, by *S. Katou[signature]*
(DEPUTY)
S. Katourjian

**AFFIRMATION**

1. [ ] PUBLIC ADMINISTRATOR: No affirmation required (Prob. Code, § 7621(c)).

2. [✓] INDIVIDUAL: **I solemnly affirm** that I will perform the duties of personal representative according to law.

3. [ ] INSTITUTIONAL FIDUCIARY *(name):*

   **I solemnly affirm** that the institution will perform the duties of personal representative according to law. I make this affirmation for myself as an individual and on behalf of the institution as an officer.
   *(Name and title):*

4. Executed on *(date):* August 3, 2023
   at *(place):* Los Angeles                , California.

   *[signature]*
   (SIGNATURE)

**CERTIFICATION**

I certify that this document is a correct copy of the original on file in my office and the letters issued the personal representative appointed above have not been revoked, annulled, or set aside, and are still in full force and effect.

(SEAL)  Date:

Clerk, by

(DEPUTY)

| Form Approved by the<br>Judicial Council of California<br>DE-150 [Rev. January 1, 1998]<br>Mandatory Form [1/1/2000] | **LETTERS**<br>(Probate) | Probate Code, §§ 1001, 8403,<br>8405, 8544, 8545;<br>Code of Civil Procedure, § 2015.6 |

Received: 8/8/2023 8:45 AM

DE-140

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | TELEPHONE AND FAX NOS.: | |
|---|---|---|
| Faith A Ford  (207327)<br>Faith Law<br>21201 Victory Blvd, Suite 200<br>Canoga Park, Ca 91303 | (818) 787-2888<br>(866) 860-3165<br>Email:<br>fford@faithlaw.org | Electronically FILED<br>Superior Court of California<br>County of Los Angeles<br>8/8/2023 2:54 PM<br>David W. Slayton<br>Executive Officer/Clerk of Court,<br>By J. Orozco, Deputy Clerk |
| ATTORNEY FOR (Name): Pet. Francene Davis | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
STREET ADDRESS: 111 N Hill Street
MAILING ADDRESS: Same
CITY AND ZIP CODE: 111 N. Hill Street
BRANCH NAME: Central Judicial District

ESTATE OF (Name):
BEATRICE ~~DAVIS~~
MEIR                    DECEDENT

JO

**ORDER FOR PROBATE**

ORDER APPOINTING
☐ Executor
☐ Administrator with Will Annexed
☑ Administrator    ☐ Special Administrator
☑ Order Authorizing Independent Administration of Estate
☑ with full authority    ☐ with limited authority

CASE NUMBER: 23STPB04464

**WARNING: THIS APPOINTMENT IS NOT EFFECTIVE UNTIL LETTERS HAVE ISSUED.**

1. Date of hearing: July 17 2023    Time: 8:30 am    Dept./Room: 67    Judge: Daniel Juarez

**THE COURT FINDS**
2. a. All notices required by law have been given.
   b. Decedent died on (date): 09/14/2017
      (1) ☑ a resident of the California county named above.
      (2) ☐ a nonresident of California and left an estate in the county named above.
   c. Decedent died
      (1) ☑ intestate
      (2) ☐ testate
      and decedent's will dated:                   and each codicil dated:
      was admitted to probate by Minute Order on (date):

The petition for final distribution or status report shall be filed not later than 10/21/2024 and set for hearing. An Order to Show Cause re status of Distribution is set for hearing on 12/16/2024.

JO

**THE COURT ORDERS**
3. (Name): FRANCENE DAVIS
   is appointed personal representative:
   a. ☐ executor of the decedent's will         d. ☐ special administrator
   b. ☐ administrator with will annexed           (1) ☐ with general powers
   c. ☑ administrator                              (2) ☐ with special powers as specified in Attachment 3d(2)
                                                   (3) ☐ without notice of hearing
                                                   (4) ☐ letters will expire on (date):
   and letters shall issue on qualification.

4. a. ☑ Full authority is granted to administer the estate under the Independent Administration of Estates Act.
   b. ☐ Limited authority is granted to administer the estate under the Independent Administration of Estates Act (there is no authority, without court supervision, to (1) sell or exchange real property or (2) grant an option to purchase real property or (3) borrow money with the loan secured by an encumbrance upon real property).

5. a. ☑ Bond is not required.
   b. ☐ Bond is fixed at: $                   to be furnished by an authorized surety company or as otherwise provided by law.
   c. ☐ Deposits of: $                        are ordered to be placed in a blocked account at (specify institution and location):
      and receipts shall be filed. No withdrawals shall be made without a court order.  ☐ Additional orders in Attachment 5c.
   d. ☐ The personal representative is not authorized to take possession of money or any other property without a specific court order.

6. ☒ (Name): Margaret L. Wallace          is appointed probate referee.

Date: 08/08/2023

                                                                    Daniel Juárez
                                                                    JUDGE
                                                    JUDGE OF THE SUPERIOR COURT
7. Number of pages attached: _____            ☐ SIGNATURE FOLLOWS LAST ATTACHMENT      JO

Form Approved by the
Judicial Council of California
DE-140 [Rev. January 1, 1998]
Mandatory Form [1/1/2000]

**ORDER FOR PROBATE**                                                Probate Code, §§ 8006, 8400

```
IRS DEPARTMENT OF THE TREASURY
    INTERNAL REVENUE SERVICE
    CINCINNATI  OH   45999-0023
```

Date of this notice:  10-31-2023

Employer Identification Number:
93-6833974

Form:  SS-4

Number of this notice:   CP 575 B

BEATRICE MEIR ESTATE
FRANCENE MEIR DAVIS ADM
6481 ATLANTIC AVE NUM N102
LONG BEACH, CA  90805

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.


## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN 93-6833974. This EIN will identify your estate or trust. If you are not the applicant, please contact the individual who is handling the estate or trust for you. Please keep this notice in your permanent records.

Taxpayers request an EIN for their business. Some taxpayers receive CP575 notices when another person has stolen their identity and are opening a business using their information. If you did **not** apply for this EIN, please contact us at the phone number or address listed on the top of this notice.

When filing tax documents, making payments, or replying to any related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN. If the information is not correct as shown above, please make the correction using the attached tear-off stub and return it to us.

Based on the information received from you or your representative, you must file the following forms by the dates shown.

      Form 1041          10/15/2024

If you have questions about the forms or the due dates shown, you can call us at the phone number or write to us at the address shown at the top of this notice. If you need help in determining your annual accounting period (tax year), see Publication 538, *Accounting Periods and Methods*.

We assigned you a tax classification (corporation, partnership, estate, trust, EPMF, etc.) based on information obtained from you or your representative. It is not a legal determination of your tax classification, and is not binding on the IRS. If you want a legal determination of your tax classification, you may request a private letter ruling from the IRS under the guidelines in Revenue Procedure 2020-1, 2020-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue). Note: Certain tax classification elections can be requested by filing Form 8832, *Entity Classification Election*. See Form 8832 and its instructions for additional information.

FAITH A. FORD, ESQ. (SBN 207327)
FAITH LAW
21201 Victory Blvd., Suite 200
Canoga Park, CA 91303
Tel: 818-787-2888
Fax: 866-860-3165
Email FFord@faithlaw.org

    I, Attorney Faith Ford declare; I am the attorney for the Estate of BEATRICE MEIR, Decedent, Superior Court of California, County of Los Angeles, Case No. 23STPB4464. I am duly authorized to practice law in the State and Federal Courts of California. I offer this declaration pursuant to California Rules of Court, Rule 1225; California Civil Code of Procedure Section 201.5 and <u>Reifler v. Superior Court</u> (1974) 39 Cal.App.3d 479. If called upon to testify as a witness, I could and would competently testify to the following facts, all of which are within my own personal knowledge, except those matters alleged on information and belief, and as to those matters, I believe them to be true.

    I am submitting this application for payment of Unclaimed Funds on behalf of the Estate of Beatrice Meir, case number referenced above.

    I declare under penalty of perjury pursuant to the law of the State of California and the United States of America that the forgoing is true to the best of my knowledge.

Dated: May 9, 2024        FAITH LAW

                                      Faith A. Ford
                                      Attorney for Estate of Beatrice Meir

# COUNTY OF LOS ANGELES
## REGISTRAR-RECORDER/COUNTY CLERK

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA

State File Number: 3052017189571
Local Registration Number: 3201719042009

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT - FIRST (Given) | BEATRICE |
| 2. MIDDLE | - |
| 3. LAST (Family) | MEIR |
| 4. DATE OF BIRTH | /1944 |
| 5. AGE | 73 |
| 6. SEX | F |
| 9. BIRTH STATE/FOREIGN COUNTRY | AL |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS | WIDOWED |
| 7. DATE OF DEATH | /2017 |
| 8. HOUR | 0736 |
| 13. EDUCATION | HS GRADUATE |
| 14/15. HISPANIC? | (No) |
| 16. RACE | AFRICAN AMERICAN |
| 17. USUAL OCCUPATION | POSTAL WORKER |
| 18. KIND OF BUSINESS | GOVERNMENT POSTAL SERVICES |
| 19. YEARS IN OCCUPATION | 37 |
| 20. DECEDENT'S RESIDENCE | 425 MARKTON STREET |
| 21. CITY | LOS ANGELES |
| 22. COUNTY | LOS ANGELES |
| 23. ZIP CODE | 90061 |
| 24. YEARS IN COUNTY | 54 |
| 25. STATE | CA |
| 26. INFORMANT'S NAME, RELATIONSHIP | FRANCENE MEIR-DAVIS, DAUGHTER |
| 27. INFORMANT'S MAILING ADDRESS | 425 MARKTON STREET, LOS ANGELES, CA 90061 |
| 31. NAME OF FATHER - FIRST | BELTON |
| 33. LAST | COBB |
| 34. BIRTH STATE | AL |
| 35. NAME OF MOTHER - FIRST | BEATRICE |
| 37. LAST (BIRTH NAME) | HILL |
| 38. BIRTH STATE | AL |
| 39. DISPOSITION DATE | 10/02/2017 |
| 40. PLACE OF FINAL DISPOSITION | RES. OF FRANCENE MEIR-DAVIS, 425 MARKTON STREET, LOS ANGELES, CA 90061 |
| 41. TYPE OF DISPOSITION(S) | CR/RES |
| 42. SIGNATURE OF EMBALMER | JAMIE JONES |
| 43. LICENSE NUMBER | EMB9008 |
| 44. NAME OF FUNERAL ESTABLISHMENT | INGLEWOOD CEMETERY MORTUARY |
| 45. LICENSE NUMBER | FD1101 |
| 46. SIGNATURE OF LOCAL REGISTRAR | JEFFREY GUNZENHAUSER, MD |
| 47. DATE | 09/21/2017 |
| 101. PLACE OF DEATH | RESIDENCE |
| 103. IF OTHER THAN HOSPITAL | Decedent's Home |
| 104. COUNTY | LOS ANGELES |
| 105. FACILITY ADDRESS | 425 MARKTON STREET |
| 106. CITY | LOS ANGELES |
| 107. CAUSE OF DEATH | (A) CARDIAC ARREST — MINS; (B) MULTIPLE MYELOMA — YRS |
| 108. DEATH REPORTED TO CORONER? | YES — 2017-56216 |
| 109. BIOPSY PERFORMED? | NO |
| 110. AUTOPSY PERFORMED? | NO |
| 112. OTHER SIGNIFICANT CONDITIONS | COMPLETE ATRIOVENTRICULAR BLOCK WITH PACEMAKER, DIABETES MELLITUS TYPE II, WITH HYPERLIPIDEMIA, CHRONIC SYSTOLIC HEART FAILURE |
| 113. OPERATION PERFORMED | PACEMAKER PLACEMENT 08/17/2003 |
| 113A. PREGNANT IN LAST YEAR? | NO |
| 114. DECEDENT ATTENDED SINCE | 08/12/2012 |
| (B) DECEDENT LAST SEEN ALIVE | 05/02/2017 |
| 115. SIGNATURE AND TITLE OF CERTIFIER | UYIOGHOSA EVELYN BROWN M.D. |
| 116. LICENSE NUMBER | A111559 |
| 117. DATE | 09/20/2017 |
| 118. ATTENDING PHYSICIAN'S NAME, ADDRESS | UYIOGHOSA EVELYN BROWN M.D., 25825 SOUTH VERMONT AVENUE, HARBOR CITY, CA 90710 |

Barcode: *010001003663928*

NOV 0 8 2024

This is to certify that this document is a true copy of the official record filed with the Registrar-Recorder/County Clerk.

DEAN C. LOGAN
Registrar-Recorder/County Clerk

*2000001195930*

This copy not valid unless prepared on engraved border displaying the Seal and Signature of the Registrar-Recorder/County Clerk.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE